**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Clarence Sheldon JUPITER, Defendant–Appellant.**

No. 00–7734.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Clarence Sheldon Jupiter, pro se. Donald Ray Wolthuis, Office of the United States Attorney, Roanoke, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Clarence Sheldon Jupiter seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal as frivolous on the reasoning of the district court. *See United States v. Jupiter*, Nos. CR–93–4, CA–00–629–7 (W.D.Va. Sept. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*